# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DANIELLE M. HORTON  
3308 SABLEWOOD AVE. #2  
ROCKFORD, IL  61103  

SSN-xxx-xx-8576

Case Number: 07-70739

Case filed on: 3/29/2007  
Plan Confirmed on: 9/14/2007  

D Dismissed

Total funds received and disbursed pursuant to the plan: $1,326.90        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 2,500.00 | 2,500.00 | 649.62 | 0.00 |
|  | Total Legal | 2,500.00 | 2,500.00 | 649.62 | 0.00 |
| 999 | DANIELLE M. HORTON | 0.00 | 0.00 | 138.45 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 138.45 | 0.00 |
| 001 | KISHWAUKEE AUTO CORRAL | 9,515.42 | 283.48 | 283.48 | 179.87 |
|  | Total Secured | 9,515.42 | 283.48 | 283.48 | 179.87 |
| 001 | KISHWAUKEE AUTO CORRAL | 0.00 | 9,231.94 | 0.00 | 0.00 |
| 002 | AMCORE BANK, N.A. | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | BARRELS OF COLLECTIONS & RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | COMMONWEALTH EDISON COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CONSOLIDATED PUBLIC SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | DEBT CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | NICOR GAS | 362.64 | 362.64 | 0.00 | 0.00 |
| 010 | STATE FARM | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | TRINSIC RESIDENTIAL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 362.64 | 9,594.58 | 0.00 | 0.00 |
|  | Grand Total: | 12,378.06 | 12,378.06 | 1,071.55 | 179.87 |

Total Paid Claimant: $1,251.42  
Trustee Allowance: $75.48  
Percent Paid Unsecured: 0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Lydia S. Meyer  
　　　　　　　　　　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/29/2008　　　　　　By  /s/Heather M. Fagan